UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER SADOWSKI,

        Plaintiff,

- against -

MEDIAITE, LLC,

        Defendant.

---

24-cv-64 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties should file a joint letter regarding settlement by **March 8, 2024**.

If the parties do not reach a settlement agreement, the plaintiff may file an amended complaint by **March 22, 2024**. The deadline for the defendant to move or answer is **April 12, 2024**. The deadline to respond is **May 3, 2024**. Any reply may be filed by **May 17, 2024**.

SO ORDERED.

Dated:    New York, New York
            February 23, 2024

                                          John G. Koeltl
                                     United States District Judge