UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER SADOWSKI,

        Plaintiff,

- against -

MEDIAITE, LLC,

        Defendant.

24-cv-64 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss. ECF No. 20.

**SO ORDERED.**

Dated:    New York, New York
           May 18, 2024

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                          **United States District Judge**