UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————
CHRISTOPHER SADOWSKI,

               Plaintiff,

    - against -

MEDIAITE, LLC,

              Defendant.
———————————————————————————

24-cv-64 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff's memorandum in opposition to the defendant's motion to dismiss (ECF No. 26) (the "Memorandum") is stricken because the motion to dismiss is fully briefed. However, the Court will consider the opinion attached to the Memorandum as subsequent authority that the plaintiff has brought to the attention of the Court.

SO ORDERED.

Dated:    New York, New York
          October 10, 2024

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                       United States District Judge